FILE COPY



# Court of Appeals
### Eleventh District of Texas

**JIM R. WRIGHT**
CHIEF JUSTICE

**MIKE WILLSON**
JUSTICE

**JOHN M. BAILEY**
JUSTICE

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

**SHERRY WILLIAMSON**
CLERK

**TELE: 254/629-2638**
**FAX: 254/629-2191**
sherry.williamson@txcourts.gov
www.txcourts.gov/11thcoa

August 3, 2017

Jennifer A. Habert, District Attorney
Baylor County
101 S. Washington Street
Seymour, TX 76380
* DELIVERED VIA E-MAIL *

Carl Lopez Anchondo
TDCJ #00646402
Stringfellow Unit
1200 FM 655
Rosharon, TX 77583

RE:   Appellate Case Number:  11-17-00195-CR
      Trial Court Case Number:      3493
**Style:** Carl Lopez Anchondo v. The State of Texas

The Court has this day **DISMISSED** the appeal in the above cause.

Copies of the Court's opinion and judgment are attached.

Appellant is advised that a Petition for Discretionary Review may be filed with the <u>Clerk, Court of Criminal Appeals, Austin, Texas.</u>  No copy is required for the Eleventh Court of Appeals.

Respectfully yours,

*Sherry Williamson*

Sherry Williamson, Clerk

cc:   Bobby Burnett, Judge (DELIVERED VIA E-MAIL)
      Lisa Cypert, District Clerk (DELIVERED VIA E-MAIL)
      Kelly Moore, Administrative Judge (DELIVERED VIA E-MAIL)